FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-14-00172-CV

**IN RE** Robert **SAMANIEGO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On March 13, 2014, relator Robert Samaniego filed a petition for writ of mandamus along with a motion requesting this court to take judicial notice of adjudicative facts and a motion for abatement to allow an evidentiary hearing in the trial court. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the accompanying motions are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on March 18, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-0784-CV, styled *In the Matter of the Marriage of Mary Samaniego and Robert Samaniego*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable W.C. Kirkendall presiding.